**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/20/2022

IN RE:

BARRY L. KIMES
206 URBAN DRIVE
VERONA,  PA  15147
XXX-XX-1031          Debtor(s)

Case No. 17-24817 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/20/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim Info | Credit Info |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: /PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP++** <br> 1 PENN CENTER PLZ STE 1400 <br> 1617 JFK BLVD <br> PHILADELPHIA, PA 19103 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **BERNSTEIN BURKLEY PC** <br> 601 GRANT ST - 9TH FL <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 3   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **JENNIFER L CERCE ESQ** <br> MAIELLO BRUNGO & MAIELLO LP <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA 15235 | Trustee Claim Number: 4   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PENN HILLS SD/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **EQUITABLE RESOURCES INC** <br> 225 NORTH SHORE DR <br> PITTSBURGH, PA 15212-5860 | Trustee Claim Number: 5   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: AVD/OE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2430 |
| **EQUITABLE RESOURCES INC** <br> 225 NORTH SHORE DR <br> PITTSBURGH, PA 15212-5860 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: AVD/OE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0478 |
| **PNC BANK NA** <br> 3232 NEWMARK DR <br> MIAMISBURG, OH 45342 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*DKT4LMT*BGN 11/17 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 1221 |
| **YUKEVICH MARCHETTI ET AL** <br> 11 STANWIX ST STE 1024 <br> PITTSBURGH, PA 15222 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **PENN HILLS SD (PENN HILLS) (EIT)**** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA 15235 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 539.29 <br> COMMENT: CL2GOV*$CL-PL@0%/PL*2005*W/20 | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 1031 |
| **BRIAN ERNSTOFF MD PC** <br> 5500 AYLESBORO AVE <br> PITTSBURGH, PA 15217 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7920 |

| Creditor | Trustee/Court Claim | Credit Info |
|---|---|---|
| **COMCAST++**<br>PO BOX 3001<br><br>SOUTHEASTERN, PA 19398 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 1,142.75<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6996 |
| **GREATER PITTSBURGH FCU**<br>WEBSTER HALL<br>4415 5TH AVE<br><br>PITTSBURGH, PA 15213-2654 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 3,850.35<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0630 |
| **NOVACARE REHABILITATION**<br>POB 643361<br><br>PITTSBURGH, PA 15264-3361 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4711 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 1,314.15<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3383 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 200.00<br>COMMENT: 7074/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1031 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 519.25<br>COMMENT: NO$~ACCT/SCH*CHARGE OFF 11/11/2015 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **ALLY FINANCIAL LEASE TRUST**<br>ATTN PAYMENT PROCESSING CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 0.00<br>COMMENT: RS/OE*390/MO @ SCH G*0 REM MOS*CL=$18018 *$0/PL*NO PMTS DUE | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2888 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ND ADR~CAROLYN KIMES/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PENN HILLS MUNICIPALITY (EIT)****<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 1,348.21<br>COMMENT: CL2GOV*$CL-PL@0%/PL*2005*W/9 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1031 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 178.90 <br> COMMENT: CL3GOV*$CL-PL@0%/PL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 1031 |
| **PA DEPARTMENT OF REVENUE\*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 8.60 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1031 |
| **PNC BANK NA** <br> 3232 NEWMARK DR <br> MIAMISBURG, OH 45342 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 22,317.53 <br> COMMENT: CL9GOV*$CL-PL*THRU 10/17 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 1221 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 343.81 <br> COMMENT: NT/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0053 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO** <br> PO BOX 17900 <br> DENVER, CO 80217-0900 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 0.00 <br> COMMENT: PD OUT/CONF*CL=13492.145*NT/SCH-PL*WNTS 6.99% | CRED DESC: VEHICLE <br> ACCOUNT NO.: 1345 |
| **UPMC PHYSICIAN SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br> MINNEAPOLIS, MN 55440 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 225.61 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1031 |
| **PENN HILLS SEWAGE\*** <br> C/O COLLECTOR - CURR & DLNQ YRS <br> 102 DUFF RD <br> PITTSBURGH, PA 15235 | Trustee Claim Number: 27  INT %: 10.00% <br> Court Claim Number: 13 <br> CLAIM: 741.78 <br> COMMENT: CL13GOV*$2479.05@10%TTL/PL*2007-2008*WNTS 10%*W/28 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 8930 |
| **PENN HILLS SEWAGE\*** <br> C/O COLLECTOR - CURR & DLNQ YRS <br> 102 DUFF RD <br> PITTSBURGH, PA 15235 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 1,737.27 <br> COMMENT: CL13GOV*$2479.05@10%TTL/PL*2007-2008*NON INT*W/27 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 8930 |
| **PEOPLES NATURAL GAS CO LLC\*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PMT/OE*BGN 7/19 DIST | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 5466 |
| **KML LAW GROUP PC\*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |