Certificate Number: 05781-PAW-DE-036863006

Bankruptcy Case Number: 17-24817



05781-PAW-DE-036863006

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2022, at 5:02 o'clock AM PDT, Barry Kimes completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    September 28, 2022            By:    /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title: President