DEFAULT O/E JAD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-24817-JAD |
| Barry L. Kimes | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc #___90___ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | FILED |
| vs. | ) | 12/1/22 3:14 pm |
| Barry L. Kimes | ) | CLERK |
| | ) | U.S. BANKRUPTCY |
| Respondent(s) | ) | COURT - WDPA |

**ORDER**

AND NOW, this ___1st___ day of ___December___, **2022**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐     This case is **DISMISSED**, with prejudice.  The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☒     This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.     Each wage attachment issued in this case is now terminated.  So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.     This case is administratively closed.  However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account.  Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.     The Clerk shall give notice to all creditors of this dismissal.

D.     Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

1

E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed.  This bankruptcy case no longer prevents collection efforts or lawsuits.  Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect.  Generally, a creditor's lawsuit must be filed by the later of:

(1)    the time deadline provided by state law; or

(2)    30 days after the date of this notice.

☐    This case is not dismissed.  The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective.

☐    This case is not dismissed at this time.  However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ _____ with / _____ without prejudice, without further notice or hearing.

☐

Other:

BY THE COURT:

jsf

Dated:    12/1/2022

United States Bankruptcy Judge
Jeffery A. Deller

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24817-JAD |
| Barry L. Kimes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 01, 2022 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry L. Kimes, 206 Urban Drive, Verona, PA 15147-1553 |
| 14748711 | | Brian Ernstoff, MD PC, 5500 Ayesboro Avenue, Pittsburgh, PA 15217-1124 |
| 14748714 | + | Equitable Resources Inc., t/d/b/a Equitable Gas Comapny, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5861 |
| 14748716 | + | Equitable Resources Inc., t/d/b/a Equitable Gas Comapny, 200 Allegheny Center Mall, Pittsburgh, PA 15212-5339 |
| 14748717 | + | Equitable Resources Inc. c/o, Yukevich, Marchetti, Liekar & Zangrilli, Attn: Lori Nolan Lindey, 11 Stanwix Street, Suite 1024, Pittsburgh, PA 15222-1312 |
| 14737398 | + | Greater Pittsburgh Federal Credit Union, 4415 Fifth Avenue, Pittsburgh, PA 15213-2664 |
| 14832941 | + | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14748719 | + | Novacare Rehabilitation, 400 Technology Drive, Canonsburg, PA 15317-9575 |
| 14737400 | | PNC Bank, c/o Mark Udren & Associates, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14748722 | | PNC Bank NA, c/o Mark Udren & Associates, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14747225 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14737399 | | Peoples Natural Gas Company, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14748724 | + | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14748710 | | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2022 00:18:00 | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14746708 | | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2022 00:18:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14748712 | | Email/Text: documentfiling@lciinc.com | Dec 02 2022 00:18:00 | Comcast, 676 Island Pond Road, Manchester, NH 03109-4840 |
| 14821258 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 02 2022 00:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14737397 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 02 2022 00:18:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 14792890 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2022 00:18:00 | PNC BANK, NATIONAL ASSOCIATION, ATTN: BANKRUPTCY DEPARTMENT, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14767076 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2022 00:22:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14750163 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2022 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14764537 | + | Email/Text: ebnpeoples@grblaw.com | Dec 02 2022 00:18:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

| 14748723 | ^ MEBN | | |
| | | Dec 02 2022 00:12:09 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14821015 | ^ MEBN | | |
| | | Dec 02 2022 00:12:14 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14821016 | ^ MEBN | | |
| | | Dec 02 2022 00:12:13 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14784642 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Dec 02 2022 00:22:03 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14748725 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Dec 02 2022 00:18:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 14748726 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Dec 02 2022 00:18:00 | Verizon, PO Box 26055, Minneapolis, MN 55426-0055 |
| 14773190 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Dec 02 2022 00:22:36 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Ally Financial Lease Trust |
| cr | | Duquesne Light Company |
| cr | | PNC Bank, NA |
| cr | | PNC Bank, National Association |
| cr | *+ | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14748713 | *+ | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 14748715 | *+ | Equitable Resources Inc., t/d/b/a Equitable Gas Comapny, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5861 |
| 14748718 | *+ | Greater Pittsburgh Federal Credit Union, 4415 Fifth Avenue, Pittsburgh, PA 15213-2664 |
| 14748720 | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14748721 | * | Peoples Natural Gas Company, PO Box 644760, Pittsburgh, PA 15264-4760 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2022                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |

Brian Nicholas
on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

James R. Wood
on behalf of Creditor Municipality of Penn Hills jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Jennifer L. Cerce
on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Jerome B. Blank
on behalf of Creditor PNC Bank  National Association jblank@pincuslaw.com

Jillian Nolan Snider
on behalf of Creditor Ally Financial Lease Trust jsnider@fbtlaw.com  agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com

Kenneth Steidl
on behalf of Debtor Barry L. Kimes julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor PNC Bank  NA pawb@fedphe.com


TOTAL: 11