**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Barry Kimes<br>    Debtor<br><br>Steidl and Steinberg, P.C.<br>    Applicant<br><br>vs.<br><br>Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, Ally Financial, Comcast, Duquesne Light Co., Equitable Resource Inc., Greater Pittsburgh FCU, Municipality of Penn Hills, Novacare Rehabilitation, PNC Bank Retail Lending, Penn Hills School District, PA Dept. of Revenue, Peoples Natural Gas, Portfolio Recovery Assoc., UPMC Health Services, UPMC Physician Services, Verizon, Wells Fargo Bank<br>    Respondents | Case No. 17-24817 JAD<br>Chapter 13<br>Document No. 95<br><br>FILED<br>1/12/23 11:04 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

**ORDER OF COURT**

AND NOW, to-wit this  12th  day of  January , 2023 , after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $4,940.00 for work performed in the Chapter 13 case by Debtor's counsel from November 30, 2017, to December 12, 2022.

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid a $610.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,390.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $8,940.00, with the total to be paid through the Plan by the Trustee being up to $8,330.00 (representing the $3,390.00 previously approved to be paid (as set forth above), an additional $1,000.00 that was approved as part of the Amended Chapter 13 Plan dated June 10, 2019, (at Doc. 54) which was confirmed on September 3, 2019, (at Doc. 63), and an amount up to $3,940.00 from funds that the trustee has on hand;

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $4,940.00

6. Due to the dismissal of this case, the balance on hand currently held by the Chapter 13 Trustee shall be paid to Debtor's counsel instead of the issuance of a debtor refund.

7. Any payments received from the Debtor after the dismissal of the case but before the issuance of payment to Debtor's counsel, shall be paid toward the court approved legal fees.

_____jsf_____
Hon. Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24817-JAD |
| Barry L. Kimes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 12, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

**Recip ID        Recipient Name and Address**
db           +  Barry L. Kimes, 206 Urban Drive, Verona, PA 15147-1553

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

**Name**           **Email Address**

Brian Nicholas
             on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

James R. Wood
             on behalf of Creditor Municipality of Penn Hills jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Jennifer L. Cerce
             on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Jerome B. Blank
             on behalf of Creditor PNC Bank  National Association jblank@pincuslaw.com

Jillian Nolan Snider
             on behalf of Creditor Ally Financial Lease Trust jsnider@fbtlaw.com  agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com

Kenneth Steidl
             on behalf of Debtor Barry L. Kimes julie.steidl@steidl-steinberg.com

ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor PNC Bank  NA pawb@fedphe.com

TOTAL: 11