**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BARRY L. KIMES<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-24817 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/30/2017 and confirmed on 02/09/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 92,823.05 |
| Less Refunds to Debtor | 3,306.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,516.57 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 6,186.51 | |
|     Trustee Fee | 4,074.79 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,261.30 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 42,405.83 | 42,405.83 | 0.00 | 42,405.83 |
|     Acct: 1221 | | | | |
|   PNC BANK NA | 20,314.68 | 20,314.68 | 0.00 | 20,314.68 |
|     Acct: 1221 | | | | |
|   PENN HILLS SEWAGE* | 741.78 | 741.78 | 261.40 | 1,003.18 |
|     Acct: 8930 | | | | |
|   PENN HILLS SEWAGE* | 1,737.27 | 1,737.27 | 0.00 | 1,737.27 |
|     Acct: 8930 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1345 | | | | |
| | | | | 65,460.96 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARRY L. KIMES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARRY L. KIMES | 3,306.48 | 3,306.48 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH STEIDL ESQ | 2,796.51 | 2,796.51 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX2-22 | | | | |
|   PENN HILLS SD (PENN HILLS) (EIT)** | 539.29 | 539.29 | 0.00 | 539.29 |
|     Acct: 1031 | | | | |
|   ALLY FINANCIAL LEASE TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2888 | | | | |
|   PENN HILLS MUNICIPALITY (EIT)** | 1,348.21 | 1,348.21 | 0.00 | 1,348.21 |
|     Acct: 1031 | | | | |
|   PA DEPARTMENT OF REVENUE* | 178.90 | 178.90 | 0.00 | 178.90 |
|     Acct: 1031 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 8,477.88 | 0.00 | 8,477.88 |
|     Acct: 5466 | | | | |
| | | | | 10,544.28 |
| **Unsecured** | | | | |
|   EQUITABLE RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2430 | | | | |
|   EQUITABLE RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0478 | | | | |
|   BRIAN ERNSTOFF MD PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7920 | | | | |
|   COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 1,142.75 | 488.39 | 0.00 | 488.39 |
|     Acct: 6996 | | | | |
|   GREATER PITTSBURGH FCU | 3,850.35 | 1,645.56 | 0.00 | 1,645.56 |
|     Acct: 0630 | | | | |
|   NOVACARE REHABILITATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4711 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,314.15 | 561.64 | 0.00 | 561.64 |
|     Acct: 3383 | | | | |
|   UPMC HEALTH SERVICES | 200.00 | 85.48 | 0.00 | 85.48 |
|     Acct: 1031 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 519.25 | 221.92 | 0.00 | 221.92 |
|     Acct: 0001 | | | | |
|   PA DEPARTMENT OF REVENUE* | 8.60 | 3.68 | 0.00 | 3.68 |
|     Acct: 1031 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 343.81 | 146.94 | 0.00 | 146.94 |
|     Acct: 0053 | | | | |
|   UPMC PHYSICIAN SERVICES | 225.61 | 96.42 | 0.00 | 96.42 |
|     Acct: 1031 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   YUKEVICH MARCHETTI ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 3,250.03 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 79,255.27 |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 2,066.40 |
| SECURED | 65,199.56 |
| UNSECURED | 7.604.52 |

Date: 02/03/2023

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com