**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BARRY L. KIMES | Case No.:17-24817 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/30/2017  and confirmed on 02/09/2018 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 92,823.05 |
| Less Refunds to Debtor | 3,306.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,516.57 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,186.51 | |
|    Trustee Fee | 4,074.79 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,261.30 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 42,405.83 | 42,405.83 | 0.00 | 42,405.83 |
|     Acct: 1221 | | | | |
|   PNC BANK NA | 20,314.68 | 20,314.68 | 0.00 | 20,314.68 |
|     Acct: 1221 | | | | |
|   PENN HILLS SEWAGE* | 741.78 | 741.78 | 261.40 | 1,003.18 |
|     Acct: 8930 | | | | |
|   PENN HILLS SEWAGE* | 1,737.27 | 1,737.27 | 0.00 | 1,737.27 |
|     Acct: 8930 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1345 | | | | |
| | | | | 65,460.96 |
| Priority | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARRY L. KIMES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARRY L. KIMES | 3,306.48 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

**TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| BARRY L. KIMES | 3,306.48 | 3,306.48 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH STEIDL ESQ | 2,796.51 | 2,796.51 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX2-22 | | | | |
| PENN HILLS SD (PENN HILLS) (EIT)** | 539.29 | 539.29 | 0.00 | 539.29 |
| Acct: 1031 | | | | |
| ALLY FINANCIAL LEASE TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2888 | | | | |
| PENN HILLS MUNICIPALITY (EIT)** | 1,348.21 | 1,348.21 | 0.00 | 1,348.21 |
| Acct: 1031 | | | | |
| PA DEPARTMENT OF REVENUE* | 178.90 | 178.90 | 0.00 | 178.90 |
| Acct: 1031 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 8,477.88 | 0.00 | 8,477.88 |
| Acct: 5466 | | | | |
| | | | | 10,544.28 |
| **Unsecured** | | | | |
| EQUITABLE RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2430 | | | | |
| EQUITABLE RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0478 | | | | |
| BRIAN ERNSTOFF MD PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7920 | | | | |
| COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY(*) | 1,142.75 | 488.39 | 0.00 | 488.39 |
| Acct: 6996 | | | | |
| GREATER PITTSBURGH FCU | 3,850.35 | 1,645.56 | 0.00 | 1,645.56 |
| Acct: 0630 | | | | |
| NOVACARE REHABILITATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4711 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,314.15 | 561.64 | 0.00 | 561.64 |
| Acct: 3383 | | | | |
| UPMC HEALTH SERVICES | 200.00 | 85.48 | 0.00 | 85.48 |
| Acct: 1031 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 519.25 | 221.92 | 0.00 | 221.92 |
| Acct: 0001 | | | | |
| PA DEPARTMENT OF REVENUE* | 8.60 | 3.68 | 0.00 | 3.68 |
| Acct: 1031 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 343.81 | 146.94 | 0.00 | 146.94 |
| Acct: 0053 | | | | |
| UPMC PHYSICIAN SERVICES | 225.61 | 96.42 | 0.00 | 96.42 |
| Acct: 1031 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| YUKEVICH MARCHETTI ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 17-24817 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | | 3,250.03 |

TOTAL PAID TO CREDITORS                                                                                        79,255.27

TOTAL CLAIMED
PRIORITY              2,066.40
SECURED            65,199.56
UNSECURED           7.604.52

Date: 06/07/2023                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID
#30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.co
m